AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America )<br>v. )<br>LUTHER WILLIAMS )<br> )<br> )<br>Date of Original Judgment:  02/22/2007 )<br>Date of Previous Amended Judgment: _____ )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 1:03-CR-91<br>USM No: 03782-091<br><br>Gordon G. Hobson, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __235 months__ months is reduced to __188 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/22/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __02/02/2015__                                              _____
                                                                                            *Judge's signature*

Effective Date: __11/01/2015__                                         Sandra S. Beckwith, Senior Judge
       *(if different from order date)*                                         *Printed name and title*